UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WILLIAM HOOD and CHERYL HOOD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 2:17 CV 333 |
| JOHN V. PETERSON, | ) ) ) |
| Defendant. | ) |

### O R D E R

Plaintiffs and defendant have moved pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss all claims between them with prejudice. The court, having considered the motion, now **GRANTS** it. (DE # 31.)

SO ORDERED.

Date: September 21, 2018

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT